DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**J.M.,**
Appellant,

v.

**SCHOOL BOARD OF BROWARD COUNTY,**
Appellee.

No. 4D2022-3326

[December 14, 2023]

Appeal from the School Board of Broward County; L.T. Case No. SE-2021-22-305.

Nathan Soowal, Pompano Beach, for appellant.

Hudson C. Gill of Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, PA, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CIKLIN and KUNTZ, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***